# United States District Court
## District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 5130
Boston, Massachusetts 02210

Chambers of
Reginald C. Lindsay
United States District Judge

September 11, 2008

Committee on Financial Disclosure
Administrative Offices of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Re:  Calendar Year 2007 Filing -- Reginald C. Lindsay, United States District Judge

Dear Members of the Committee:

I enclose an original, signed Financial Disclosure Report for the calendar year 2007, together with three copies.  This filing arrives late, because I have been (and still am) away from the court and hospitalized with a major illness since March 31, 2008.  Fortunately, I am on the road to recovery and I hope soon to return to my duties.  I appreciate the indulgence the Committee has shown me in granting the extensions to accommodate the present late filing.

In preparing my 2007 Financial Disclosure Report, I discovered what appears to be an error in my disclosure for the calendar year 2006.  The error appears in Section VII. Investments and Trusts.  It appears that the value codes for gross value of Item 3 was misstated as "N".  It should have been stated as "L".  I trust you will advise me if I am required to file an amended report.

Although, as far as I am aware, I have had no episodes of identity theft during 2007, I have received no reports from the Office of the United States Postal Inspector indicating that anyone connected with the original theft of my identity has been convicted or even apprehended. I therefore request redactions in Part VII of the report as have been made in the several previous reports.



AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lindsay, Reginald C | U.S. District Court (MA) | 09/10/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse, Suite 5130<br>1 Courthouse Way<br>Boston, MA 02210 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Clerk | Morgan Memorial Goodwill Industries |
| 2. Director | Partners for Youth with Disabilities, Inc. |
| 3. Overseer | Newton-Wellesley Hospital |
| 4. Member of the Corporation | Partners Health Care System, Inc. (non-profit corporation) |
| 5. Director | West Suburban YMCA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 SEP 12 A 11:38
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Reginald C | 09/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Shaklee Corp. - Sales, Commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Reginald C | 09/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Reginald C | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 2. Cash Value of Insurance Policy - New York Life | A | Interest | K | T | | | | | |
| 3. IRA, Fidelity Magellan Fund | D | Dividend | L | T | part redempt | 3/21 | J | | |
| 4. IRA, Fidelity Balanced Fund | D | Dividend | N | T | part redempt | 3/21 | J | | |
| 5. IRA, Fidelity Asset Manager Fund | A | Dividend | M | T | part redempt | 3/21 | J | | |
| 6. IRA, Bank of America (Cash Equivalent) | A | Interest | J | T | | | | | |
| 7. Bank of America (Interest Bearing Checking Account) | A | Interest | K | T | | | | | |
| 8. Citizens Bank (CD) | A | Interest | J | T | | | | | |
| 9. Citizens Bank (Interest Bearing Checking Account) | A | Interest | J | T | | | | | |
| 10. Sovereign Bank Interest Account | A | Interest | J | T | | | | | |
| 11. Sovereign Bank Interest Account | A | Interest | J | T | | | | | |
| 12. Sovereign Bank Savings Account | A | Interest | J | T | | | | | |
| 13. Sovereign Bank Time Deposit Account | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional Information Concerning Part VI, Liabilities in 2006.

My 2006 Financial Disclosure Report shows a liability of Lando Resorts Corp. with Value Code J. That liability was extinquished in 2006.

Additional Information Concerning Part VII, Investments and Trusts, see attached.

# FIDELITY INFORMATION– 2007

## Redemptions and 2006/7 Balances

| Fund | Date | Value Code | Details |
|------|------|------------|---------|
| Fidelity Magellan Fund | March 21, 2007 | J | Partial Redemption |
| Fidelity Magellan Fund | October 5, 2007 | J | Partial Redemption |
| Fidelity Balanced Fund | March 21, 2007 | J | Partial Redemption |
| Fidelity Balanced Fund | October 5, 2007 | J | Partial Redemption |
| Fidelity Asset Manager Fund | March 21, 2007 | J | Partial Redemption |
| Fidelity Asset Manager Fund | October 5, 2007 | J | Partial Redemption |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544